BOAS and another *against* HEISTER.

IN ERROR.

*Hopkins*, for the plaintiff in error, agreed, and

THE COURT decided in this case, that the writ of error abated by the death of *Boas*, one of the plaintiffs in error, before errors were assigned.

*Elder* and *Hopkins*, for the plaintiffs in error.

*Rogers* and *Ellmaker*, contra.

See 2 *Saund.* 101. *note N.* 2 *Tid.* 1097.

*Lancaster,*

*Friday,*
October 17.

AT AN
ADJOURNED
COURT.

A writ of error abates by the death of one of the plaintiffs in error, before errors assigned.

END OF MAY TERM, 1817.

# CASES

IN THE

# SUPREME COURT

OF

# PENNSYLVANIA.

MIDDLE DISTRICT, JUNE TERM, 1817.